Cite as 2020 Ark. 232

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE SUPREME COURT COMMITTEE ON THE UNAUTHORIZED PRACTICE OF LAW | Opinion Delivered: June 4, 2020 |

## PER CURIAM

Kathryn Elizabeth Platt of Fayetteville is reappointed to the Committee on the Unauthorized Practice of Law for a three-year term to expire on May 31, 2023. The court thanks Ms. Platt for accepting reappointment to this important committee.